```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff,<br><br>     vs.<br><br>Dick Yost Yaghlegian, et al<br><br>          Defendants | ) Case No. **2:10-cv-01838-JAM-GGH**<br>)<br>) STIPULATION AND ORDER RE:<br>) EXTENSION OF TIME UNTIL<br>) NOVEMBER 3, 2010 FOR DEFENDANTS<br>) DICK YOST YAGHLEGIAN<br>) INDIVIDUALLY AND AS TRUSTEE OF<br>) THE DLSK TRUST DATED 6/2/08 AND<br>) D/B/A THE VILLAGE MOUNTAIN SURF<br>) & SPORTS; LAUREN YAGHLEGIAN<br>) INDIVIDUALLY AND AS TRUSTEE OF<br>) THE DLSK TRUST DATED 6/2/08 TO<br>) RESPOND TO COMPLAINT<br>)<br>) |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Dick Yost Yaghlegian Individually and as Trustee of the Dlsk Trust dated 6/2/08 and d/b/a The Village Mountain Surf & Sports; Lauren Yaghlegian Individually and as Trustee of the Dlsk Trust dated 6/2/08

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

by and through their respective attorneys of record, Scott N. Johnson; Kenneth C. Simonian, stipulate as follows:

1. An extension of time has been previously obtained for Defendants Dick Yost Yaghlegian Individually and as Trustee of the Dlsk Trust dated 6/2/08 and d/b/a The Village Mountain Surf & Sports; Lauren Yaghlegian Individually and as Trustee of the Dlsk Trust dated 6/2/08 until October 4, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Dick Yost Yaghlegian Individually and as Trustee of the Dlsk Trust dated 6/2/08 and d/b/a The Village Mountain Surf & Sports; Lauren Yaghlegian Individually and as Trustee of the Dlsk Trust dated 6/2/08 are granted an extension until November 3, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Dick Yost Yaghlegian Individually and as Trustee of the Dlsk Trust dated 6/2/08 and d/b/a The Village Mountain Surf & Sports; Lauren Yaghlegian Individually and as Trustee

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

of the Dlsk Trust dated 6/2/08 response will be due no later than November 3, 2010.

IT IS SO STIPULATED effective as of October 4, 2010

Dated:   October 4, 2010          /s/Kenneth C. Simonian__
                                  Kenneth C. Simonian,
                                  Attorney for Defendants
                                  Dick Yost Yaghlegian
                                  Individually and as
                                  Trustee of the Dlsk
                                  Trust dated 6/2/08 and
                                  d/b/a The Village
                                  Mountain Surf & Sports;
                                  Lauren Yaghlegian
                                  Individually and as
                                  Trustee of the Dlsk
                                  Trust dated 6/2/08


Dated:   October 4, 2010          /s/Scott N. Johnson ____
                                  Scott N. Johnson,
                                  Attorney for Plaintiff

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO ORDERED:** that Defendants Dick Yost Yaghlegian Individually and as Trustee of the Dlsk Trust dated 6/2/08 and d/b/a The Village Mountain Surf & Sports; Lauren Yaghlegian Individually and as Trustee of the Dlsk Trust dated 6/2/08 shall have until November 3, 2010 to respond to complaint.

Dated: October 7, 2010          /s/ John A. Mendez_____
                                United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com