SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>         Plaintiff,<br><br>    vs.<br><br>Dick Yost Yaghlegian, et al<br><br>         Defendants | Case No. **2:10-cv-01838-JAM-GGH**<br><br>**PLAINTIFF'S REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS CONFERENCE STATEMENT and *proposed order***<br><br>Joint Status Conference Statement: October 26, 2010 |

   Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the date to file a joint status conference statement from October 26, 2010 to November 22, 2010.  Pursuant to Local Rule 16, Defendants are to be served within 120 days of filing the complaint. This complaint was filed on July 15, 2010; the 120 day time period for service would end on November 15, 2010. Defendants were served on August 26, 2010.  Pursuant to

PLAINTIFF'S REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS CONFERENCE

STATEMENT and *proposed order*

CIV: S-10-cv-01838-JAM-GGH - 1

PDF created with pdfFactory trial version www.pdffactory.com

Local Rule 16, the Parties are to confer as required by Fed. R. Civ. P. 26(f) and submit a joint status conference statement within 60 days after all Defendants are served. The joint status conference statement would be due October 26, 2010. Plaintiff filed a Stipulation and Proposed Order on October 7, 2010 granting Defendants an extension of time to respond to the complaint until November 3, 2010. A continuance of the date for filing a joint status conference statement from October 26, 2010 to November 22, 2010 would give the Defendants time to file a response to Plaintiff's complaint and for Plaintiff and Defendants to engage in settlement discussions.

Dated:  October 22, 2010         /s/Scott N. Johnson _____

                                 Scott N. Johnson,

                                 Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the filing date of the joint status conference statement continued to November 22, 2010.

Date: October 22, 2010
                                 /s/ John A. Mendez_____
                                 Judge of the United States District Court

PLAINTIFF'S REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS CONFERENCE

STATEMENT and *proposed order*

CIV: S-10-cv-01838-JAM-GGH - 2

PDF created with pdfFactory trial version www.pdffactory.com